# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DALE DWAYNE CRAIG

NO. 2022 KW 0062

**FEBRUARY 25, 2022**

---

In Re:   Dale Dwayne Craig, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 09-92-0884.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT